# United States Court of Appeals for the Fifth Circuit

---

No. 21-50498

---

Vanessa St. Pierre,

*Plaintiff—Appellant*,

*versus*

Standard Insurance Company; Dearborn National Life Insurance Company,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:20-CV-257

---

ON PETITION FOR REHEARING

Before Barksdale, Stewart, and Dennis, *Circuit Judges*.

Per Curiam:

Before the court is the appellant's petition for panel rehearing. The appellant asserts that "the Opinion of the Court is so deficient that it cannot be the product of the three veteran jurists on the panel" and that, consequently, the "most likely source of the opinion" is the Staff Attorney's Office. Appellant's counsel, who is a 47-year member of this court's bar, asserts that he is "familiar with the work of the Staff Attorney's Office" and

that it "is a sweatshop in the best of times and unbearably burdened in the still dicey post-pandemic era."

Counsel's allegations add nothing to the merits of his petition and fall well short of the professional behavior expected of a longtime member of the federal bar. A regular oral argument panel considered this appeal. After thoroughly reviewing the district court's detailed opinion, the record, and the parties' appellate briefing, the panel affirmed. Counsel's assertion otherwise is demeaning and without foundation. Moreover, counsel's allegations are insulting not only to the panel but also to the Staff Attorney's Office, which performs yeoman's work for this court. Accordingly, counsel is hereby WARNED that his status as a veteran federal practitioner does not insulate him from future sanctions should he continue to lodge scurrilous allegations. The petition for rehearing is DENIED.